```
MICHAEL BAILEY
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Attorneys for Plaintiff
```

FILED

2020 JAN 29  PM 2: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-00345 TUC-JAS(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 2252(a)(2) and (b)(1)<br>(Distribution of Child Pornography)<br>Counts 1 and 2 |
| Bryan Boone, | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)<br>(Possession of Child Pornography)<br>Counts 3 and 4 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about April 17, 2018, in the District of Arizona, BRYAN BOONE, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"[boy+man] Pedofilia - ks hovonoboy 12yo (scat preteen boy).avi" and

"Toddler Girl Black Baby Learning -Pthc-320x240-Divx.avi"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2

## DISTRIBUTION OF CHILD PORNOGRAPHY

On or about April 30, 2018, in the District of Arizona, BRYAN BOONE, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"(pthc) Baby Lexxa Licky under1yo 1yo baby girl licks dick.avi" and

"(Pthc) Dad Pee On Baby Lexxa Under1Yo 1Yo Baby Girl Gets Pissed Pee On.avi"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3

## POSSESSION OF CHILD PORNOGRAPHY

On or about May 4, 2018, in the District of Arizona, BRYAN BOONE did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, BRYAN BOONE knowingly possessed a custom desktop computer which contained child pornography videos and images, including, but not limited to, the following files:

"stuff (2).m4v"

"stuff (6).mp4"

"stuff (24).wmv"

*United States of America v. Bryan Boone*
*Indictment Page 2 of 4*

"stuff (25).wmv"

"stuff (63).avi" and

"stuff (72).avi"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 4
## POSSESSION OF CHILD PORNOGRAPHY

On or about May 4, 2018, in the District of Arizona, BRYAN BOONE did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, BRYAN BOONE knowingly possessed a 120 GB Seagate Barracuda SATA hard drive (S/N 4MS1S90E) which contained child pornography videos and images, including, but not limited to, the following files:

"[Pthc Webcam] Little 9Yo Preteen Girl Posing Insert.avi"

"[pthc] Falkovideo, Part 1 [27m34s - HD] ••• 2014 opva preteen loli 10yo 8yo 9yo 11yo 12yo kids pedo mom family.avi" and

"PTHC 2013 Motley Corine Danielle, 25yo PedoMom + 8yo Daughter lick vib.avi"

/ / / /

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: January 29, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

CARIN C. DURYEE
Assistant U.S. Attorney